# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| JAMES PIUNTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:15-CV-00220 |
| | ) |
| LAKE COUNTY SHERIFF'S DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## LAKE COUNTY SHERIFF'S DEPARTMENT NOTICE OF INTENT TO BRING A MOTION UNDER RULE 56

Comes now Defendant Lake County Sheriff's Department, by counsel John P. Bushemi and Alfredo Estrada of Burke Costanza & Carberry LLP, for its Notice of Intent to Bring a Motion Under Rule 56 of the Federal Rules of Civil Procedure.

1. Pursuant to this Court's Order requiring any party intending to bring a motion under Rule 56 of the Federal Rules of Civil Procedure to file a notice of that intent [DE 28], the Lake County Sheriff's Department notifies this Court that it intends to bring a motion under Rule 56 of the Federal Rules of Civil Procedure.

Respectfully submitted,

BURKE COSTANZA & CARBERRY LLP

By: /s/John P. Bushemi
John P. Bushemi, #3042-45
Alfredo Estrada, #32580-45
Burke Costanza & Carberry LLP
9191 Broadway
Merrillville, IN 46410
(219) 769-1313
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sends notification of the filing to the following:

Michael J Rappa, email:     rappa.michael@gmail.com

                                                        /s/     John P. Bushemi